**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH DAKOTA**
**WESTERN DIVISION**

**VERONICA L. DUFFY, UNITED STATES MAGISTRATE JUDGE, PRESIDING**

Tammy Wilka, Deputy Clerk
Jill Jegeris, PTSO
Scheduled to begin at 2:30 p.m.

FTR - RC 2
June 22, 2012
Court Time:  2:44 p.m. to 2:57 p.m.

_____

**CR.  12-50035-01**

| | | |
|---|---|---|
| United States of America, | * | Laura Shattuck |
| Plaintiff, | * | |
| vs. | * | |
| Louis Michael Pacer, | * | Gary Colbath, Jr. |
| Defendant. | * | |

**INITIAL APPEARANCE AND ARRAIGNMENT**
  ✔ Indictment     ☐ Information     ☐ Complaint     ☐ Juvenile Defendant - Courtroom Sealed
Date of Federal arrest/custody: 6/21/12
Dfdt advised of the pending charges and the defendants constitutional and statutory rights
Maximum Penalty
Count I:  up to 20 yrs impr, $1,000,000 fine, or both; up to 3 yrs sup. rel. and, upon revocation, an additional 2 yrs impr.; and $100 SVAF
FINANCIAL AFFIDAVIT executed and filed
Enter ORDER appointing counsel
Dfdt arraigned and enters plea of Not Guilty

**Bond and Detention Issues**
☐..... Enter ORDER setting   ☐ **PR**   ☐ **Third Party**   ☐ **Cash**   ☐ **Surety**   ☐ **10%** bond
✔..... Enter ORDER of detention pending further hearing