# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# WESTERN DIVISION

Jeffrey L. Viken, United States Chief Judge, Presiding

| Courtroom Deputy - KKD | Court Reporter – Judy Thompson |
| Courtroom - RC #1 | Date – January 4, 2013 |

CR 12-50035

| United States of America, | Gregg Peterman |
| Plaintiff, | |
| vs. | |
| Louis Michael Pacer, | Gary Colbath, Jr. |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN: 11:00 a.m.

TIME:

**11:16 a.m.**   Enter Non-Evidentiary Sentencing proceedings before the Honorable Jeffrey L. Viken, United States Chief Judge, presiding

Counsel note their appearances for the record.

The Court reviews submissions by the government and defense.

The Court reviews the PSR and Sentencing Guideline calculation. Mr. Colbath addresses the Court. Mr. Peterman addresses the Court. The Court rules on objections.

Leslie Pond makes remarks on behalf of the defendant.
Mr. Colbath addresses the Court regarding the sentence to be imposed.
The defendant addresses the Court in his own behalf.
Mr. Peterman addresses the Court regarding the sentence to be imposed.

The Court states the sentence to be imposed and states the reasons therefore: 23 months custody; 3 years supervised release; $100 VAF

Neither counsel sees any reason why the sentence cannot be imposed.

   Defendant notified of appeal rights and understands these rights.

**12:47 p.m.** Court adjourned.